IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GLORIA I. BURKE, | ) | 4:06CV3194 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CITIGROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 11) is granted, as follows:

Plaintiff shall have until September 20, 2006, to respond to Defendant's motion to dismiss (filing 4).

September 6, 2006.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge