```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

GLORIA I. BURKE,                  )
                                  )
               Plaintiff,         )           4:06CV3194
                                  )
        v.                        )
                                  )
CITIGROUP, INC.,                  )             ORDER
                                  )
               Defendant.         )
                                  )
```

IT IS ORDERED:

Plaintiff's motion for time, filing 14, is granted, and the deadlines for plaintiff to respond to defendant's motion to dismiss and for the parties to file their Rule 26 planning conference report are extended for a period of 30 days.

DATED this 21st day of September, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge