IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GLORIA I. BURKE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3194 |
| | ) | |
| v. | ) | |
| | ) | |
| CITIGROUP, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's motion for time, filing 24, is granted and the parties are given to November 15, 2006 to file their Rule 26 planning conference report.

DATED this 30th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge