IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GLORIA I. BURKE, | ) | 4:06CV3194 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CITIGROUP, INC., and CITICORP NATIONAL SERVICES, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

Inasmuch as Plaintiff has filed an amended complaint with leave of court,

IT IS ORDERED that the motion to dismiss (filing 4) filed by Defendant Citigroup, Inc., with reference to Plaintiff's previous complaint, is denied without prejudice, as moot.

December 8, 2006.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge