IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GLORIA I. BURKE, | ) | 4:06CV3194 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CITICORP NATIONAL SERVICES, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 51) is granted, as follows:

Plaintiff shall have until May 21, 2007, to respond to Defendant's motion for summary judgment (filing 48).[1]

May 14, 2007.                              BY THE COURT:

                                           s/ *Richard G. Kopf*
                                           United States District Judge

---

[1] Applying the 3-day mailing rule, see Fed. R. Civ. P. 6(e), Plaintiff already had until this date to file a response.