```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

GLORIA I. BURKE,                  )
                                  )
             Plaintiff,           )         4:06CV3194
                                  )
      v.                          )
                                  )
CITIGROUP, Inc., and CITICORP     )         ORDER
NATIONAL SERVICES, INC.,          )
                                  )
             Defendants.          )
                                  )
```

IT IS ORDERED:

The notice by Matthew A. Morr to withdraw as counsel of record for defendants, filing 65, construed as a motion to withdraw is granted.

DATED this 11th day of June, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge