```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

GLORIA I. BURKE,                )
                                )
         Plaintiff,              )       4:06CV3194
                                )
    V.                          )
                                )
CITIGROUP, Inc., and CITICORP   )       ORDER
NATIONAL SERVICES, INC.,        )
                                )
         Defendants.             )
                                )

IT IS ORDERED:

Defendants' motion for leave to file a surreply in opposition to plaintiff's motion to amend, filing 71, is granted. Defendant's surreply, a copy of which is attached as exhibit A to the filing 71 motion, was reviewed and considered in issuing the court's filing 73 memorandum and order.

DATED this 26th day of June, 2007.

                                BY THE COURT:

                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge